In the Matter of the Claim of KATHLEEN HERR, Respondent, against NIAGARA SHIPBUILDING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued November 20, 1946; decided November 27, 1946.

*Percy R. Smith* for appellants.

*Nathaniel L. Goldstein*, Attorney-General (*Roy Wiedersum* and *Frederic J. Wood* of counsel), for respondent.

*Frank C. Roberts* for Liberty Mutual Insurance Company.

Order affirmed, with costs to respondent Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.